IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv- 01232-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

COLLEGEAMERICA DENVER, INC.,
n/k/a CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC.,
d/b/a COLLEGEAMERICA,

    Defendant.

---

## ORDER (Docket No. 45)

This matter comes before the Court on the Parties' Joint Motion to Modify Deadlines in Scheduling Order. The Court has reviewed the Motion. The Parties have shown good cause for the extension of deadlines sought in the Motion. Therefore, the Motion is GRANTED and IT IS ORDERED:

1. The deadline for serving written discovery is August 31, 2015.

2. The deadline for completion of discovery, including depositions, is November 16, 2015.

3. The deadline for Dispositive Motions is December 18, 2015.

4. The deadline for [Filing of Proposed] Final Pretrial Order is January 29, 2016.

5. ~~The deadline to reset~~ The Pretrial Conference [set on December 2, 2015 at 9:00 Am] ~~to February 4, 2016 or any~~ is VACATED and Reset to February 9, 2016 at 9:00 Am ~~subsequent date available on the Court's calendar (currently December 2, 2016-ECF 30: 02/18/2015: p. 18, ¶10b).~~

1

6. Each party is permitted ~~30~~ 33 days to file a response to any dispositive motion.

7. Each party is permitted ~~21~~ 14 days to file a reply to any response to any dispositive motion.

8. The existing trial date of June 20-22, 2016 is not modified by this Order.

DATED at Denver, Colorado, this 23rd day of July, 2015.

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

APPROVED:

/s/ Steven L. Murray
Senior Trial Attorney
Equal Employment Opportunity Commission
Denver Field Office
303 E. 17th Avenue, Suite 410
Denver, CO 80203
Telephone: 303.866.1304
E-Mail: steven.murray@eeoc.gov

Attorney for Plaintiff

/s/ Thomas E.M. Werge
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
E-Mail: martin@wtotrial.com
may@wtotrial.com
werge@wtotrial.com

Attorneys for Defendant