**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-01232-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

v.

COLLEGEAMERICA DENVER, INC.,
n/k/a CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC.,
d/b/a COLLEGEAMERICA,

      Defendant.

_____

**MINUTE ORDER**

_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff has filed a Motion for Reconsideration of Court's Order Dismissing Plaintiff's Second Claim for Relief (Doc 50 - filed August 4, 2015).  Defendant has **up to and including August 26, 2015** to file a response.  Plaintiff has **up to and including September 9, 2015** to file a reply.




Dated:  August 5, 2015

_____