IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01232-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

COLLEGEAMERICA DENVER, INC.,
n/k/a CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC.,
d/b/a COLLEGEAMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff EEOC's Motion for Protective Order Concerning Debbi Potts' Deposition (docket no. 68) is DENIED for the following reasons.

In the subject motion (docket no. 68), the Plaintiff EEOC seeks an Order from this court that Defendant cannot use in any manner any ***non-confidential information*** that is disclosed during the course of Ms. Potts' deposition for any purpose other than purposes directly related to this litigation.

Here, the court finds that Debbi D. Potts' deposition has not been taken as of the filing of the subject motion. Thus, nobody really knows exactly what Ms. Potts will actually testify to in her deposition. Therefore, the subject motion is premature. Moreover, Plaintiff EEOC cites no legal authority on point for the relief sought. In addition, a Stipulated Protective Order (docket no. 22-1) was entered by Magistrate Judge Watanabe on February 9, 2015. See docket no. 27. Paragraph 8 in the Stipulated Protective Order (docket no. 22-1) provides an avenue once a deposition has been completed to seek further protection from this court. Accordingly, for these reasons, the subject motion should be denied.

Date: December 2, 2015