IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01232-LTB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

COLLEGEAMERICA DENVER, INC.,
n/k/a CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC.,
d/b/a COLLEGEAMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Modification of Final Pretrial Order [ECF # 87] (Docket No. 88) is GRANTED for good cause shown.  The Final Pretrial Order (Docket No. 87) is amended to reflect that the three-day trial scheduled to begin on June 20, 2016 will be tried to a jury.  (*See* Docket No. 41.)

Date: February 5, 2016